2011-28904
FILED
April 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003410560

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
**Melinda Elizabeth Merriott** )
)
) Case No.
)
)
Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ] on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ] typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ] electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __7__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: April 8, 2011                          /s/ Melinda Elizabeth Merriott
                                              Debtor's Signature

EDC 2-100  (Rev. 10/2007)

Melinda Elizabeth Merriott

22777 Perimeter Rd
True Creditor Unknown
Notice provided to disputed party
Wells Fargo Home Mortgage

22777 Perimeter Rd
True Creditor Unknown
Notice provided to disputed party
Addison Ave Federal Credit Union

Addison Ave Federal Credit Union
PO Box 10302
Palo Alto, CA 94303-0920

Geoffrey Ward
14537 Rocking Star
Penn Valley, CA 95946-9368

Geoffrey Ward c/o
E. John Vondonick
PO Box 763
Nevada City, CA 95959

HSBC
PO Box 60107
City of Industry, CA 91716

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306-0335