**FILED**

**May 12, 2011**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



0003486891

## IN THE UNITED STATES BANKRUPTCY COURT
### For the EASTERN DISTRICT of CALIFORNIA
### SACRAMENTO DIVISION

|  |  |  |
|---|---|---|
| | | Chapter:        7 |
| | | Case Number:    11-28904-TH |
| In re: | ) | Assigned to the Honorable: |
| Melinda Merriott | ) | |
| | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| Debtor(s) | ) | [NO Hearing Required] |

TO THE CLERK:

      The undersigned attorneys for:
          HSBC BANK NEVADA, N.A.
            KAWASAKI

a creditor of the above referenced debtor.

      Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

      REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

          HSBC BANK NEVADA, N.A.
          Bass & Associates, P.C.
          3936 E. Ft. Lowell Road, Suite #200
          Tucson, AZ 85712

      Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 05/04/11
Account Number: ************7860

          Respectfully submitted,
          Bass & Associates, P.C.

          By: /s/ Patti H. Bass  (AZ 016849)
              Attorneys for Creditor
              HSBC BANK NEVADA, N.A.
              3936 E Ft Lowell Rd Suite 200
              Tucson, AZ  85712-1083
              (520) 577-1544
              ecf@bass-associates.com