FILED
May 31, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003527761

Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MICHAEL A. BISHOP, ESQ. (SBN 105063)
N. KATE JEFFRIES, ESQ. (SBN 248932)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:     (916) 978-3430

Attorneys for Defendant ADDISON AVENUE
FEDERAL CREDIT UNION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re MELINDA ELIZABETH MERRIOTT, <br><br>Debtor. | Case No. 11-28904 <br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that ADDISON AVENUE FEDERAL CREDIT UNION, a Defendant in the underlying Nevada County Superior Court Case No. 76862 and party in interest in the above-entitled matter, hereby requests pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 372(a) of the Bankruptcy Code, that notice of any and all proceedings in the above-captioned matter be served upon and addressed as follows:

//
//
//
//
//
//

Michael A. Bishop, Esq.
N. Kate Jeffries, Esq.
MATHENY SEARS LINKERT & JAIME, LLP
3638 American River Drive
Sacramento, California  95864
mbishop@mathenysears.com
kjeffries@mathenysears.com

Dated:  May 31, 2011                                      **MATHENY SEARS LINKERT & JAIME, LLP**

By:  /s/ *MICHAEL A. BISHOP*
     MICHAEL A. BISHOP, ESQ.
     N. KATE JEFFIRES, ESQ.
     Attorneys for Defendant ADDISON
     AVENUE FEDERAL CREDIT UNION